

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      In re LTP Real Estate, LLC

Appellate case number:   01-13-00813-CV

Trial court case number:  2013-47309

Trial court:                      190th District Court of Harris County

On September 25, 2013, Relator LTP Real Estate, LLC filed a Motion for Emergency Relief. The motion is **DENIED**.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
                          ☒ Acting individually      ☐ Acting for the Court

Date: October 7, 2013